UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ROBERT J. DIBELKA, ) | |
| ) | |
| Plaintiff, ) | Cause Number 14 CV 3190 |
| ) | |
| v. ) | Magistrate Hon. Sidney I. Schenkier |
| ) | |
| REPRO GRAPHICS, Inc., ) | |
| an Illinois corporation, ) | |
| ) | |
| Defendant. ) | Plaintiff demands trial by jury |

### STIPULATION TO DISMISS WITH PREJUDICE

Plaintiff, ROBERT J. DIBELKA, by his attorney, The Law Offices of Albert F. Ferolie, P.C., and Defendant REPRO GRAPHICS, an Illinois corporation, by its attorneys, Lanner Muchin, Ltd., hereby agree and stipulate that they have settled this matter and that this matter should be dismissed by this Court, with prejudice, and with each party to pay their own costs and attorneys' fees. All future dates are stricken.

ROBERT J. DIBELKA

By _____
One of His Attorneys

Albert F. Ferolie
The Law Offices of Albert F. Ferolie, P.C.
218 North Jefferson Street
Suite 401
Chicago, Illinois 60661

REPRO GRAPHICS, AN ILLINOIS<br>
CORPORATION<br><br>
By _____<br>
One of Its Attorneys

Clifford R. Perry<br>
LANER MUCHIN, Ltd.<br>
515 N. State Street<br>
Suite 2800<br>
Chicago, Il. 60654